# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2021

162598 & (15)(17)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDMUND LOWELL FIELDS,
      Defendant-Appellant.

SC: 162598
COA: 354875
Eaton CC: 05-020279-FC

_____/

      On order of the Court, the application for leave to appeal the January 19, 2021 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand and for an appeal bond are DENIED.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021

Clerk

b0323